# United States Court of Appeals
## For the First Circuit

No. 12-1956

KEITH PEARSON,

Plaintiff, Appellant,

v.

MASSACHUSETTS BAY TRANSPORTATION AUTHORITY,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on July 15, 2013, should be amended as follows.

On page 4, line 14, replace "than" with "that."